# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

*v.*

### *COLLIN ARDELL SINE*

**CRIMINAL COMPLAINT**
(Redacted)

CASE NUMBER:  25-4110 MJ CDB

I, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about March 24, 2025, in the District of Arizona and elsewhere, in Mohave County, Arizona, and elsewhere, the defendant, COLLIN ARDELL SINE, did knowingly and willfully transmit, in interstate commerce, communication containing a threat to injure personnel of the Bureau of Land Management in Phoenix, Arizona, including a threat directed at and to A.W.V., in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent with the Bureau of Land Management, and that this complaint is based on the following facts:  **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:    ☒    Yes    ☐    No

REVIEWED BY:  */s AUSA Paul V. Stearns*

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.**

GREGORY JOHNSON
Digitally signed by GREGORY JOHNSON
Date: 2025.03.26 16:46:03 -07'00'

Gregory Johnson, Special Agent, BLM
Complainant's Name and Title

Complainant's Signature                 Date

 X  Sworn by Telephone

Flagstaff, Arizona

Date/Time

City and State

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.03.26 17:17:03 -07'00'

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

**CC:  USM & PTS**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## **ELECTRONICALLY SUBMITTED AFFIDAVIT**

I, <u>BLM Special Agent Gregory Johnson</u>, state under oath as follows:

1.      I am a Special Agent (SA) with the United States Department of the Interior, Bureau of Land Management (BLM), and I am currently assigned to the Office of Law Enforcement and Security, Region 5, in Arizona.  In the course of my official duties, I am charged with the investigation of federal crimes occurring within (among other places) the District of Arizona.  I have been employed with the BLM as a Special Agent since May 2024.  Prior to that, I was employed  as a uniformed Law Enforcement Ranger with the BLM for approximately 11 years.  Additionally, I previously served as a uniformed law enforcement officer for the National Park Service (NPS),  the Crook County, Wyoming Sheriff's Office, and the Village of Payne, Ohio Police Department.  I have a Bachelor of Science in Criminal Justice from the Defiance College, and I graduated in May 2005.  In the course of my duties as a law enforcement officer/agent, I have investigated numerous threat cases.

2.      The information contained in this affidavit is based upon my personal knowledge, training, and experience, as well as information provided to me by other law enforcement officers and/or witnesses including those listed herein.  Because this affidavit is made to establish probable cause, I have not listed every fact known regarding this investigation.

**Introduction**

3.     This case involves telephone threats to injure and/or kill BLM personnel in Phoenix, Arizona, as well as other harassing and/or threatening phone calls to other BLM and NPS personnel.  The threats were made by Collin Ardell Sine (SINE), a 37-year-old male who is believed to be staying on the BLM lands in the District of Arizona.  The threats were made via SINE's cellular telephone.  As set forth further below, SINE made numerous harassing and threatening calls to BLM and NPS personnel in the states of Arizona, Nevada, and Utah.

**Investigation/Probable Cause**

4.     On February 13, 2025, at about 8:55 AM (Arizona time), the Federal Law Enforcement Communications Center (FLECC) in Phoenix, Arizona, received a phone call from an individual who identified himself as Collin A. SINE.  Among other statements, SINE stated that he was calling because of "premises liability," and that "I hate my life because of you, and I wish I were dead, or I wish you were dead, like cause make way, because the lord is near, make way, do not betray god…." The FLECC dispatcher, referred to as A.M., directed SINE to hang up and call 911 if he needed medical assistance.  SINE began cursing at A.M. and said something to the effect of, "I hate my life because of you, and I wish you were dead …." During this call, SINE verbally identified himself and spelled his name.  A.M. also obtained the phone number SINE was calling from as 385-349-7858, which was captured on the FLECC's caller ID.

2

5.      On February 13, 2025, SINE called the FLECC two more times, doing so at about 11:56 AM and 12:01 PM.  During these calls, another dispatcher, referred to as C.S., answered the calls.  SINE continued much of his same yelling, cursing, and rambling.  SINE did not allow the dispatcher to ask questions, and he refused to give his location. During one of these calls, SINE stated that he was being tortured. The dispatcher directed him to call 911.  SINE replied something to the effect that where he was at was outside the jurisdiction of the local police and told the dispatcher to "repent or surely you will parish."  SINE went on during this call, apparently guessing about what another agency might do to him, stating, "Why? What are they going to do for me? It's your premises. Call 'em on you?  Make 'em dead, shoot 'em in the fucking head, shoot 'em in the fucking head."  SINE seemed to be saying that another police agency would merely direct the BLM rangers to shoot and kill him.

6.      The above-described incidents were reported to BLM Special Agents (including me) and were also recorded as a part of routine practice by the FLECC. As part of my investigation, I listened to the recordings of these phone calls.

7.      On March 19, 2025, BLM Special Agents (including me) were contacted by Supervisory Law Enforcement Ranger John Sims from the BLM Arizona Strip District.  Ranger Sims reported that SINE had called the Public Lands Information Center in Saint George, Utah, and spoke with a BLM volunteer, referred to as J.B., who worked the front desk and answered the phone.  J.B. stated that on

March 19, 2025, at about 10:30 AM, he received a call from an agitated man, later identified as SINE, stating (among other things) that there was an ATV user parked on the hill above him that probably had a rifle pointed at him and was stalking him. According to J.B., SINE went on to say that the LDS (Church of Jesus Christ of Latter Day Saints) was a satanic cult that deserved to die for being rapists; that the BLM was like the LDS because the BLM was complicit with the gangs; and the BLM deserved to have their throats cut, as well as family of BLM employees. J.B. stated that while it was difficult to understand who the threats were directed at, cutting throats came out quite a few times. J.B. reported that SINE continued saying that if he stuck a gun in his mouth and blew his brains out, no one would care. SINE stated to J.B. that he was near Oatman, Arizona. Based on my training, experience, and research, I know that Oatman, Arizona, is in Mohave County in the District of Arizona. J.B. stated that the call lasted for about 30 minutes. J.B. said that he felt the caller was so despondent that he was worried for SINE's welfare and that he (SINE) might kill himself. During the call, J.B. was able to contact Ranger Sims.

8.    The above-described call between SINE and J.B. was not recorded. Ranger Sims was able to confirm SINE called from 385-349-7858 by checking the caller ID logs on the BLM phone. Ranger Sims was able to contact SINE by phone at 385-349-7858. When Ranger Sims called SINE back, SINE started by stating he was being stalked and tired of being kicked off public lands for the way he's being treated/not being treated fairly, that there was a violent gang in side-by-sides (i.e.,

all-terrain vehicles or ATVs) stalking him. SINE went on to state something to the effect that 'the world has changed and knows how flesh for flesh can work.' Toward the end of the conversation, Ranger Sims tried to ascertain SINE's name and location. SINE said he wouldn't be conned, and that Ranger Sims should put a gun in his mouth and pull the trigger. Ranger Sims has a body worn camera (BWC) recording of this phone call that I listened to; however, the audio quality is poor.

9.     According to Ranger Sims, he had previously been in contact with SINE when Ranger Sims was contacted by the Colorado City, Arizona, Police Department on November 14, 2024. At that time, SINE was threatening to commit suicide, and the police were concerned about public safety because there was a nearby airport. During this time, SINE was reported to be holding a knife to his throat for nearly 30 minutes. According to Ranger Sims, SINE stated that this was to keep the police back so as not to harm him.

10.     On March 24, 2025, BLM Special Agents (including myself) were contacted again by FLECC dispatchers regarding additional SINE phone calls to dispatch. A different BLM dispatcher, referred to as A.W.V., stated that on March 24, 2025, at approximately 2:38 PM (Arizona time), A.W.V. was notified by public safety dispatcher S.H. that there was an irate male on the phone. S.H. transferred the phone call to A.W.V., and A.W.V. spoke to a male who immediately began yelling about people disturbing the peace on BLM lands. During the phone call, the male screamed out several threatening statements such as, "I'll fucking kill you";

5

"This isn't going to continue for much longer"; "I'll kill you motherfuckers dead"; "I will have you fucking killed if you don't handle this"; "Die motherfucker"; "I am here to talk to a ranger not to hear your lips that need to be cut and silenced"; "Transfer me or you're going to fucking die." A.W.V. was able to identify the caller as SINE from the FLECC's caller ID, and these calls were recorded by FLECC as a routine practice of government business. Additionally, BLM Special Agent Marc Battilana and I listened to this recorded phone call, and we recognized SINE's voice from another call where SINE identified himself verbally.

11.      On March 24, 2025, SINE called 911 and was transferred to the Lake Mead Interagency Communications Center (LMICC) in Boulder City, Clark County, Nevada. LMICC is a federal dispatch center operated by NPS employees. Calls into and out of LMICC are recorded as a routine practice of government business. Lead LMICC Dispatcher C.V. stated that on March 24, 2025, at about 2:54 PM, LMICC received a 911 transfer from Las Vegas, Nevada, Metropolitan Police (LVMPD) about a male who was asking for the BLM dispatch in Arizona due to someone disturbing the peace. The call originated from 385-349-7858, which is SINE's cellular telephone number. The caller, later identified as SINE by his familiar voice and phone number, started screaming about blood suckers making humans move every 14 days and there being a feud between them.[1] He was cursing and screaming

---

[1] Based on my training and experience, I know that on most BLM recreation lands, there is a 14-day stay order in effect, which limits the time a person may stay on BLM

so loud that C.V. had to hold the phone away from her ear.  SINE was screaming to

suck his cock.  C.V. gave SINE a warning to stop screaming and cursing or she

would have to hang up. When he continued to scream, C.V. hung up.  Prior to

hanging up, SINE told C.V. that he was on Silver Creek Road south of Santa Clause,

Arizona.  Based on my research, Santa Clause, Arizona, is in Mohave County in the

District of Arizona.  Silver Creek Road is partially on public lands managed by the

BLM.  It is between Bullhead City, Arizona, and Oatman, Arizona.

12.    On March 24, 2025, at about 3:06 PM, SINE called 911 and was again

transferred to LMICC from LVMPD. When SINE started to cuss, C.V. gave him

another warning to stop.  SINE then told C.V. she should die talking to him like that.

C.V. then said goodbye and hung up on him.

13.    After C.V.'s second phone conversation with SINE, personnel from the

Boulder City, Arizona, Police Department – which is housed in the same dispatch

center – told C.V. they also had received a 911 call from SINE and provided his GPS

coordinates. The GPS coordinates from his 911 call were 35.073820, -114.443957,

and the phone number he called from was 385-349-7858.

14.    BLM Special Agents, including myself, listened to the calls that were

made by the male subject believed to be SINE into the LMICC, and we believed that

it was the same voice and person that was previously identified as SINE.  Moreover,

---

lands in a particular area to 14 days.  It is believed that SINE is staying or living on BLM
lands, thus he has to move every 14 days.

7

as discussed above, the phone number used to call into the LMICC is the same phone number used by SINE (including when he identified himself by name) to the FLECC as describe above.

15.    Based on my research, the GPS coordinates of 35.073820, -114.443957 is located near Silver Creek Road on public lands managed by the BLM. It is between Bullhead City, Arizona, and Oatman, Arizona, which is in the District of Arizona.

16.    According to C.V., who took multiple 911 transfers from the LVMPD, LVMPD personnel had told her that they had received multiple calls from SINE. Additionally, C.V. stated that in some of the transferred 911 calls that they received from LVMPD, she heard SINE's voice and immediately hung up because the LMICC was working a drowning case and was inundated with emergency calls and radio traffic related to the drowning.  At least one of those calls indicated that SINE was calling from an area called Christmas Tree Pass. Based on my research, Christmas Tree Pass is approximately 21 miles west northwest of the GPS coordinates 35.073820, -114.443957.   Based on my training, experience, and research, it is believed that this area is likely the cell tower site where SINE's call originated from, which also supports that he is staying in and/or making the calls in the near vicinity of that cell phone tower.  I have also been informed by a Mohave County, Arizona, Sheriff's Detective that cellular service near Oatman, Arizona, is poor unless one is up high or outside of the Town of Oatman.

8

17.    On March 26, 2025, I ran telephone number 385-349-7858 via an open-source search, and it came back to SINE, with an address of on Hillshire Dr, Santaquin, Utah 84655.[2] The cellular carrier is T-Mobile. Based on my research, T-Mobile US, Inc. (T-Mobile), is a mobile telecommunications company headquartered at 12920 Southeast 38th Street, Bellevue, Washington 98006. According to my research of publicly available information on the Internet, T-Mobile does not operate its own network outside of the United States; however, it offers international roaming services in over 215 countries and destinations, allowing customers to use their phones for texting, calling, and data while traveling, with speeds varying based on the plan.

18.    On March 26, 2025, I spoke to personnel at FLECC about their phone carrier. I was informed that FLECC's phone services are through Lumen. Based on my research, Lumen Technologies, Inc. (Lumen), which was formerly CenturyLink, Inc., is an American telecommunications company headquartered in Monroe, Louisiana, which offers communications, network services, security, cloud solutions, voice and managed services through its fiber optic and copper networks, as well as its data centers and cloud computing services.

---

[2] SINE's address associated with his Utah driver's license is on 900 North Road in Spanish Fork, Utah 84660.

## Conclusion

19.    Based on the foregoing, I believed that there is  probable cause to support that SINE has violated Title 18, United States Code, Section 875(c).  In particular, on or about March 24, 2025, SINE made phone calls using a mode of interstate commerce to make threats to A.W.V., a BLM dispatcher who was working the course and scope of his duties for the United States. In doing so, SINE stated that he was going to kill and/or injure A.W.V., including statements such as "I'll fucking kill you"; "This isn't going to continue for much longer"; "I'll kill you motherfuckers dead"; "I will have you fucking killed if you don't handle this"; "Die motherfucker"; "I am here to talk to a ranger not to hear your lips that need to be cut and silenced"; "Transfer me or you're going to fucking die."  These threats were made with and through an instrument of interstate commerce, namely a cellular phone to the FLECC in Phoenix, Arizona.[3]

/////////////////

---

[3] *E.g.*, *United States v. Sutcliffe*, 505 F.3d 944, 952 (9th Cir. 2007)("The Internet is an international network of interconnected computers, similar to - and often using - our national network of telephone lines. We have previously agreed that 'it can not be questioned that the nation's vast network of telephone lines constitutes interstate commerce,' and, a fortiori, it seems clear that use of the internet is intimately related to interstate commerce." *United States v. Sutcliffe*, 505 F.3d 944, 952 (9th Cir. 2007)(internal citations omitted).

20.    A warrant for Collin Ardell SINE's arrest is respectfully requested.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.**

Executed on: March <u>26</u>, 2025

GREGORY JOHNSON

Digitally signed by GREGORY JOHNSON
Date: 2025.03.26 16:46:59 -07'00'

Gregory Johnson, Special Agent, BLM

<u>X</u> Sworn by Telephone

Date/Time: _____

Camille D. Bibles

Digitally signed by Camille D. Bibles
Date: 2025.03.26 17:16:22 -07'00'

Camille D. Bibles
United States Magistrate Judge

11